Clerk, U.S. District Court
Southern District of Texas
FILED

JUL 10 2013

David J. Bradley, Clerk of Court

A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Mynor SANDOVAL

**CRIMINAL COMPLAINT**

Case Number: C-13-807M

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **7/8/2013** (Date) in **Kenedy** County, in the Southern District of Texas defendant, **Mynor SANDOVAL**

a native and citizen of Guatemala, and an alien who had been previously deported from the United States after having been convicted of an aggravated felony, was unlawfully found in the United States near Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of Homeland Security of the United States for application by the defendant for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326**.

I further state that I am a(n) **Special Agent** and that this complaint is based on the following facts:
Official Title

On July 9, 2013, HSI Corpus Christi Special Agent John DeJohn was notified by the Kingsville Border Patrol Station of the arrest of a prior deport illegal alien. On July 8, 2013, approximately 2145 hours, Border Patrol Agents encountered Mynor SANDOVAL as part of an administrative alien smuggling case at the Sarita, Texas B.P. checkpoint. BP agents conducted an immigration inspection of SANDOVAL, who admitted to being a citizen and national of Guatemala illegally present in the United States. During processing, SANDOVAL admitted to illegally entering the U.S. by wading the Rio Grande River Hidalgo, Texas, on or about July 7, 2013. Records checks conducted revealed SANDOVAL was previously ordered removed by an Immigration Judge on March 8, 2012, in Newark, NJ, and was physically removed on March 22, 2012, via the New Orleans, LA, POE. SANDOVAL has a prior conviction for Aggravated Assault. There is no evidence to indicate SANDOVAL received permission from the Secretary of DHS or the U.S. Attorney General to legally re-enter the U.S.

Signature of Complainant
**John B. DeJohn**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**July 10, 2013** at **Corpus Christi, Texas**
Date                                              City and State

**B. Janice Ellington U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer